UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
    United States of America,

           -against-

    Maurice Hollis,
              Defendant(s).
--------------------------------------------------------X

**ORDER**

7:15-CR-00509 (CS) (6)

Seibel, J.

    The Court received an envelope from Defendant Maurice Hollis in the above-referenced case on May 4, 2020. The envelope was open without any contents enclosed.  Mr. Hollis should re-send whatever document(s) he intended to send to the Court.

    **SO ORDERED.**

Dated:  May 7, 2020
        White Plains, New York

*Cathy Seibel*

_____
Cathy Seibel, U.S.D.J.